

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-20-00177-CV |
| IN THE MATTER OF THE | § | Appeal from the |
| EXPUNCTION OF C.W. | § | 34th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2020DCV1494) |

## MEMORANDUM OPINION

The Texas Department of Public Safety, Appellant, has filed an unopposed motion to "withdraw" its notice of appeal because it no longer wishes to pursue this appeal. We construe this to be a motion to voluntarily dismiss the appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

JEFF ALLEY, Chief Justice

August 31, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

1